CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE VA. - FILED

MAY 1 8 2009

JOHN F. CORCORAN, CLERK
BY: /s/ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| CHARLES EDWARD PARHAM,<br>Petitioner, | ) <br> ) <br> ) | Civil Action No. 7:08-cv-00583 |
| v. | ) <br> ) | **ORDER** |
| GENE JOHNSON,<br>Respondent. | ) <br> ) <br> ) | By: Hon. James C. Turk<br>Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that respondent's motion to dismiss is **GRANTED**; the petition is **DISMISSED**; all pending motions are **DENIED as moot**; and the case is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the petitioner and counsel of record for the respondent.

ENTER: This 18th day of May, 2009.

/s/ James C. Turk
Senior United States District Judge